```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

J&J SPORTS PRODUCTIONS, INC.,

                Plaintiff,              MEMORANDUM & ORDER
                                        18-CV-5086(EK)(RML)
        -against-

JORDANE DOWLING, et al.,

                Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Levy's Report and Recommendation (R&R) dated July 19, 2021. ECF No. 24. Judge Levy recommends granting Plaintiff's motion for attorneys' fees and costs in part and denying it in part. Specifically, he recommends awarding Plaintiff $475.00 for the costs of the filing fee and the costs of serving defendant Eludz Lounge LLC, but denying Plaintiff's requests for attorneys' fees and investigative costs. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews the R&R for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, the Court finds no clear error. The Court adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the Court awards Plaintiff $475.00 in costs, but denies Plaintiff's requests for attorneys' fees and investigative costs.

SO ORDERED.

                                              /s/ Eric Komitee
                                              ERIC KOMITEE
                                              United States District Judge

Dated:    September 21, 2021
             Brooklyn, New York